MATTHEW S. ADAMS (*admitted pro hac vice*)
madams@foxrothschild.com
MARGARET MCCALL REECE (*pro hac vice pending*)
mreece@foxrothschild.com
FOX ROTHSCHILD LLP
49 Market Street
Morristown, New Jersey 07960
Telephone: 973.992.4800

ANTHONY D. PHILLIPS (SBN 259688)
adphillips@foxrothschild.com
NOAH THOMAS (SBA 358134)
nthomas@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: 415.364.5540

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

*ex rel.* RELATOR, LLC, a California limited liability company,

Relator,

v.

JAMES S. PAPE, an individual; JEANNE DIBELLA, an individual; and THE ARCTICOM GROUP, LLC, a Delaware limited liability company; and DOES 1-10,

Defendants.

Case No. 3:24-cv-01001-RFL

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

Date: October 14, 2025
Time: 10:00 a.m.
Place: Courtroom 15
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Evid. Rule 201, Defendants James S. Pape, Jeanne Dibella, and The Arcticom Group, LLC respectfully request that the Court take judicial notice of the following facts:

1. **The United States government website SBA.gov**

Judicial notice is requested of the fact that the website is publicly available and maintained by the United States government. See *King v. Cnty. Of Los Angeles*, 885 F.3d 548, 555 (9th Cir. 2018) (Courts may take judicial notice of "undisputed and publicly available information displayed on government websites."); *see also, U.S. ex rel. Relator LLC v. Baxter*, 3:23-cv-00336-WHO, 2025 WL 1343076, *5 n. 2 (N.D. Cal. May 8, 2025) (taking judicial notice of "publicly accessible documents from websites belonging to the United States Government," including Paycheck Protection Program data from PandemicOversight.gov); Fed. R. Evid. Rule 201 ("a court may take judicial notice of 'matters of public record."). A true and correct copy of the About webpage from the SBA.gov website is attached to the concurrently-filed Declaration of Anthony D. Phillips ("Phillips Declaration"), Ex. A. A true and correct copy of a data download webpage from the SBA.gov website is attached to the Phillips Declaration, Ex. B.

2. **The Paycheck Protection Program ("PPP") data available at SBA.gov**

Judicial notice is requested of the fact that certain PPP loan information referred to in the Complaint[1] appears in the "publicly available information displayed" on SBA.gov and has been available since July 6, 2020. *King*, 885 F.3d at 555; *see also Baxter*, 2025 WL 1343076 at *5 n. 2 (taking judicial notice of PPP data on a publicly available government website); Fed. R. Evid. Rule 201 ("a court may take judicial notice of 'matters of public record."). An excerpt of a spreadsheet containing data for PPP borrowers is attached to the Phillips Declaration, Ex. C. *See*, *also*, Phillips Decl. at ¶ 4 (data available since July 6, 2020).

3. **Relator LLC's False Claims Act Litigation History**

Judicial notice is requested of the filing of lawsuits, of the contents of the corresponding

[1] This information, purportedly Arcticom's PPP loan data, includes: the loan approval date, the approved loan amount, the number of jobs reported, the NAICS code, the amount of the loan forgiven, and the date the loan was forgiven.

dockets, and the disposition of sixty-seven other False Claims Act cases filed by Relator LLC. *See Harris v. Cnty. Of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) ("[Courts] may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts." (internal citation omitted)); Fed. R. Evid. Rule 201 ("a court may take judicial notice of 'matters of public record.").

A chart summarizing the judicially-noticeable facts related to Relator LLC's other lawsuits is attached to the Phillips Declaration as Exhibit D. Fed. R. Evid. Rule 1006(a) ("The court may admit as evidence a summary, chart, or calculation offered to prove the content of voluminous admissible writings, recordings, or photographs that cannot be conveniently examined in court, whether or not they have been introduced into evidence.").

4. **Order of the U.S. District Court for the Northern District of California**

Judicial notice is requested of the existence and contents of an order, the "Order Granting Motion to Dismiss," issued by this Court on June 27, 2025 in the action captioned *U.S. ex rel. Relator LLC v. Williams et al.*, No. 3:22-cv-04957-LB (ECF No. 43). *See, Harris v. Cnty. Of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) ("[Courts] may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts." (internal citation omitted)); Fed. R. Evid. Rule 201 ("a court may take judicial notice of 'matters of public record."). A true and correct copy of this Order is attached to the Phillips Declaration, Ex. E.

Respectfully submitted,

Dated: August 29, 2025

**FOX ROTHSCHILD LLP**

*/s/Anthony D. Phillips*
Anthony D. Phillips
Attorneys for Defendant